EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: | 2010 TSPR 55 |
| | 178 DPR _____ |
| Alberto Vázquez Ortiz | |

Número del Caso: TS-1762


Fecha: 13 de abril de 2010


Abogado de la Parte Peticionaria:

            Por derecho propio


Materia: Baja Voluntaria del Ejercicio de la Abogacía



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Alberto Vázquez Ortiz

                          1762

                       RESOLUCIÓN


San Juan, Puerto Rico, a  13 de abril de 2010.

    Examinada la solicitud presentada por el
Lcdo. Alberto Vázquez Ortiz, se autoriza su
baja  voluntaria del ejercicio de la profesión.

    Publíquese.

    Lo acordó el Tribunal y certifica la
Secretaria del Tribunal Supremo.


                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo